United States District Court
Southern District of Texas
**ENTERED**
August 17, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SERGIO J. M. O.[1],<br>Petitioner, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 1:26-cv-592 |
| WARDEN,<br>*Port Isabel Detention Center*, *et al.*<br>Respondents. | §<br>§<br>§<br>§ | |

**ORDER TO SHOW CAUSE PURSUANT TO 28 U.S.C. § 2243**

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, Dkt. No. 1. Because it does not plainly appear that Petitioner is not entitled to the requested relief, the Court must "forthwith award the writ [of habeas corpus] or issue an order directing the respondent to show cause why the writ should not be granted[.]" 28 U.S.C. § 2243.

To facilitate the progress of this petition pursuant to 28 U.S.C. § 2243, Respondents are **ORDERED** to show cause why the writ of habeas corpus should not be granted by **no later than September 8, 2026**. Responses thereafter shall follow Local Rules 7.1 through 7.4 of the Southern District of Texas. *See* S.D. Tex. L.R. 7.1 - 7.4.

Respondents are ORDERED to identify the statutory authority under which Petitioner is detained and to respond to the most recent petition filed in this case. The Court advises all parties to provide timely updates to this Court of any immigration proceedings, including any final order of removal. If Petitioner is transferred, removed or released during the pendency of this suit, the parties are ordered to notify this Court within three days. If the Petitioner wishes to file a reply to the Government's response, he must do so within

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.

seven days of receiving the Government's response.

The Clerk of Court is **DIRECTED** to deliver copies of the most recent petition (See Dkt. No. 1) and this Order to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usdoj.gov

Signed on August 17, 2026.

Karen Betancourt

Karen Betancourt
United States Magistrate Judge