United States District Court
Southern District of Texas
ENTERED
October 05, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| SERGIO JAIRO MEDELLIN OLGUIN,<br>"Petitioner," | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00592 |
| WARDEN, PORT ISABEL DETENTION CENTER, *et al.*,<br>"Respondents." | § | |
| | § | |
| | § | |

**ORDER**

Before this Court are Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), and the Government's "Motion to Dismiss as Moot" (Dkt. No. 6) ("MTD"). The Government notifies the Court that Petitioner departed the United States on June 2, 2026. Dkt. No. 6 at 1.

The case-or-controversy requirement must subsist through all stages of federal judicial proceedings. *Spencer v. Kemna*, 523 U.S. 1, 7 (1998). Otherwise, the action is moot, and the court is stripped of jurisdiction. Here, Petitioner's release from detention renders the Petition moot because he is no longer in detention. Consequently, there is no longer a live case or controversy for this Court to resolve.

Accordingly, the Government's MTD (Dkt. No. 6) is **GRANTED**, and Petitioner's Petition (Dkt. No. 1) is hereby **DISMISSED without prejudice**. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this October 5, 2026

Rolando Olvera
United States District Judge